```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-00975-RNO
Joseph Benjamin Canganelli                                          Chapter 7
         Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: TWilson            Page 1 of 1            Date Rcvd: Jul 12, 2017
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
db            #+Joseph Benjamin Canganelli,    PO Box 163,    Thomasville, PA 17364-0163
cr             +Kia Motors Finance,    PO Box 20825,    Fountain Valley, CA 92728-0825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**JOSEPH BENJAMIN CANGANELLI**

* Debtors

| | |
|---|---|
| Chapter: | **7** |
| Case Number: | **1-17-bk-00975 RNO** |
| Document No.: | **16** |
| Nature of Proceeding: | **Reaffirmation Agreement** |

# ORDER

After due consideration of the Reaffirmation Agreement between the Debtor and Kia Motors Finance, filed to Docket No. 16, and after hearing held on July 12, 2017, it is

ORDERED that the Reaffirmation Agreement is NOT DISAPPROVED.

Date: July 12, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

MDPA-ABLANK2.WPT - REV 11/04